CATERINA SALVEMINI, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. DOROTHY GIBLIN, DEFENDANT-PETITIONER.

See same case below: 42 *N. J. Super.* 1.

*Mr. Anthony P. LaPorta* for the petitioner.

*Mr. Rudolph R. Naddeo* for the respondents.

December 17, 1956. Granted.

FRANK STAMATO, PLAINTIFF-PETITIONER, v. FRED AGAMIE, DEFENDANT-RESPONDENT.

*Messrs. Heller & Laiks* for the petitioner.

December 17, 1956. Granted.